Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>MARCOURT INVESTMENTS INCORPORATED,<br><br>Defendant. | Case No: 3:18-cv-02583-JLS-BGS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the above case has settled. The parties anticipate filing closing papers in the coming weeks.

RESPECTFULLY SUBMITTED this 17th day of December, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff